IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| **MONA FIELDS,** § | |
| § | |
| *Plaintiff*, § | |
| § | |
| v. § | **CIVIL ACTION NO. 3:21-cv-01254-D** |
| § | |
| **O'NEIL DATA SYSTEMS, INC.,** § | |
| § | |
| *Defendant.* § | |

## JOINT STIPULATION OF DISMISSAL

TO THE HONORABLE COURT:

NOW COME Plaintiff Mona Fields and Defendant O'Neil Data Systems, Inc. filing this Joint Stipulation of Dismissal. The parties agree that this action be dismissed with prejudice, with each party to bear their or its own attorneys' fees and costs.

Respectfully submitted,

| | |
|---|---|
| */s/ Mona Fields (with permission)* | */s/ Michael V. Abcarian* |
| Mona Fields | Michael V. Abcarian |
| Pro Se Plaintiff | Texas Bar No. 00799900 |
| 2603 Zodiac Drive | Theanna Bezney |
| Garland, Texas 75044 | Texas Bar No. 24089243 |
| Tel: (214) 971-2242 | FISHER & PHILLIPS LLP |
| Mona_fields@yahoo.com | 500 N. Akard Street, Suite 3550 |
| | Dallas, TX  75201 |
| **PLAINTIFF** | Tel: (214) 220-9100 |
| | Fax: (214) 220-9122 |
| | mabcarian@fisherphillips.com |
| | tbezney@fisherphillips.com |
| | |
| | **COUNSEL FOR DEFENDANT** |
| | **O'NEIL DATA SYSTEMS, INC.** |